shall be heard, which must be brought on promptly for argument. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOL BINDER v. ROBERT BARR, Warden of the City Prison of the City of New York, and Another.— Motion granted, the relator meantime to remain in custody until his appeal shall be heard, which must be brought on promptly for argument. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

WILLA GRIFFITH v. THE PULLMAN COMPANY and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID RUBENFELD.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES L. CRAIG, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of SLAUGHTER W. HUFF and Another, as Receivers, etc., of THE NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, etc., for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others, etc., Concerning Changes in Rates, Fares or Charges.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

INTERNATIONAL MOTOR TRANSPORT Co., INC., Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.—Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

INTERNATIONAL MOTOR TRANSPORT Co., INC., Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of MORRIS ZAP and Others, Appellants, against HENRY BRUCKNER, as President of the Borough of The Bronx, City of New York, Respondent.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PATRICK GARTLAND, Respondent, v. ELEANOR B. LENANE, as Substituted Trustee, etc., of ROSE McKENNA, Deceased, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

TIMOTHY J. MARA, Appellant, Respondent, v. JAMES J. TUNNEY, Also Known as GENE TUNNEY, and Another, Respondents, Appellants.— Order, so far as appealed from, modified by eliminating the items 1, 2, 3, 5 and 6, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

TIMOTHY J. MARA, Appellant, v. JAMES J. TUNNEY, Also Known as GENE TUNNEY, and Another, Respondents.— Order, so far as appealed from, affirmed,

---

* Appeal dismissed, 254 N. Y. ——.